**CYRUS JOUBIN, ESQ.**
43 West 43rd Street, Suite 119 – New York, NY 10036
347-223-4296 (office); 703-851-2467 (cell)
718-228-7679 (fax)
joubinlaw@gmail.com

August 24, 2016

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

      Re:  Angel Quito v. NYC, et al., 16 cv 3325 (PKC)


Dear Judge Castel:

      I am counsel for the Plaintiff in the above-referenced matter.  I write to respectfully request the Court's leave to file an amended complaint in this matter.  The only amendment I seek is the substitution of defendant "John Doe" with the named defendant "John Nugent," which name was disclosed to me yesterday by defense counsel.  The proposed amended complaint is attached as an exhibit, with the changes marked in bold.  Defense counsel consents to this request.

      Thank you for your consideration of this matter.


                        Respectfully submitted,


                        _____/s/_____
                        Cyrus Joubin, Esq.
                        Attorney for Plaintiff


CC:    VIA ECF
        Pernell M. Telfort, Esq.
        Attorney for Defendants